```
                              United States Bankruptcy Court
                              Northern District of California
In re:                                                                   Case No. 16-40400-RLE
Martin Medina                                                            Chapter 7
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0971-4          User: tprorok                Page 1 of 2          Date Rcvd: Feb 16, 2016
                              Form ID: 309A                Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 18, 2016.
db             +Martin Medina,    241 Shore Road,    Pittsburg, CA 94565-1428
smg            ++CALIFORNIA STATE BOARD OF EQUALIZATION,     ACCOUNT REFERENCE GROUP MIC 29,    P O BOX 942879,
                 SACRAMENTO CA 94279-0029
               (address filed with court:  State Board of Equalization,    Collection Dept.,   P.O. Box 942879,
                 Sacramento, CA   94279)
smg            +Labor Commissioner,    1515 Clay St.,    Room 801,   Oakland, CA 94612-1463
14266647       +Alliance One,    PO Box 2449,    Gig Harbor, WA 98335-4449
14266648       +Cach, LLC,    C/o Madarich Law Group,    9200 Oakdale Ave #601,    Chatsworth, CA 91311-6500
14266649       +Capital One Bank USA NA,    PO BOx 3081,    Salt Lake City, UT 84110-3081
14266651        Contra Costa,    355 Center Avenue,    Martinez, CA 94553
14266652       +Contra Costa County Sheriff's Dept.,    Citation Processing Center,    PO Box 22811,
                 Denver, CO 80222-0811
14266657       +FNB Omaha,    PO Box 3412,    Omaha, NE 68103-0412
14266655       +First Bank,    PO Box 790269,    Saint Louis, MO 63179-0269
14266663        John Muir Health,    PO Box 4110,    Concord, CA 94524-4110
14266664       +National Credit Adjusters,    California Check Cashing,    PO Box 3023,    327 W. 4th Street,
                 Hutchinson, KS 67501-4842
14266665        National Credit Adjusters,    PO Box 3023- 327 W 4th St,    Hutchinson, KS 67504-3023
14266666       +Oportune PNC Progreso Fl,    1600 Seaport Bv 250,    Redwood City, CA 94063-5617
14266667        Sears,    PO Box 9001055,    Louisville, KY 40290-1055
14266673       +Xfinity,    2093 Salvio Street,    Concord, CA 94520-2424

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: pat@patforte.com Feb 17 2016 02:00:38      Patrick L. Forte,
                 Law Offices of Patrick L. Forte,    1624 Franklin St. #911,    Oakland, CA  94612
tr             +E-mail/Text: paul.mansdorf@txitrustee.com Feb 17 2016 02:01:40       Paul Mansdorf,
                 1563 Solano Ave. #703,    Berkeley, CA 94707-2116
smg             EDI: EDD.COM Feb 17 2016 01:53:00      CA Employment Development Dept.,
                 Bankruptcy Group MIC 92E,    P.O. Box 826880,    Sacramento, CA  94280-0001
smg             EDI: CALTAX.COM Feb 17 2016 01:53:00      CA Franchise Tax Board,
                 Special Procedures Bankruptcy Unit,    P.O. Box 2952,    Sacramento, CA  95812-2952
ust            +E-mail/Text: ustpregion17.oa.ecf@usdoj.gov Feb 17 2016 02:01:12
                 Office of the U.S. Trustee/Oak,    Office of the U.S. Trustee,    1301 Clay St. #690N,
                 Oakland, CA 94612-5231
14266650       +EDI: CHASE.COM Feb 17 2016 01:53:00      Chase Bank USA NA,    PO Box 15298,
                 Wilmington, DE 19850-5298
14266653       +EDI: ESSL.COM Feb 17 2016 01:53:00      Dish Network,    9601 S. Meridian Road,
                 Englewood, CO 80112-5905
14266654        EDI: EDD.COM Feb 17 2016 01:53:00      EDD,    Attn: Cashier benefit Recovery,    PO Box 826806,
                 Sacramento, CA 94206-0001
14266656       +EDI: AMINFOFP.COM Feb 17 2016 01:53:00      First Premier Bank,    3820 N. Louise Avenue,
                 Sioux Falls, SD 57107-0145
14266658       +EDI: CALTAX.COM Feb 17 2016 01:53:00      Franchise Tax Board,    Special Procedures,
                 P.O. Box 2952,    Sacramento, CA 95812-2952
14266661        EDI: IRS.COM Feb 17 2016 01:53:00      Internal Revenue Service,    Insolvency Section,
                 1301 Clay St., #1400S,    Oakland, CA 94612
14266668       +EDI: RMSC.COM Feb 17 2016 01:53:00      SYNCB/ JC Penney,    PO Box 981131,
                 El Paso, TX 79998-1131
14266669       +EDI: RMSC.COM Feb 17 2016 01:53:00      SYNCB/ Old Navy,    PO Box 965005,
                 Orlando, FL 32896-5005
14266670        EDI: USBANKARS.COM Feb 17 2016 01:53:00      US Bank,    PO Box 1800,    Saint Paul, MN 55101-0800
14266671        E-mail/Text: vci.bkcy@vwcredit.com Feb 17 2016 02:01:17       VW Credit,    3800 Hamlin Road,
                 Auburn Hills, MI 48326
14266672       +EDI: WFFC.COM Feb 17 2016 01:53:00      Wells Fargo,    PO Box 6995,    Portland, OR 97228-6995
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14266660*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court:  Internal Revenue Service,    P.O. Box 21126,
                 Philadelphia, PA 19114)
14266659*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court:  Internal Revenue Service,    Service Center,    Fresno, CA 93888)
14266662*       Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                    TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 16, 2016 at the address(es) listed below:
              Office of the U.S. Trustee/Oak    USTPRegion17.OA.ECF@usdoj.gov,   ltroxas@hotmail.com
              Patrick L. Forte    on behalf of Debtor Martin  Medina pat@patforte.com
              Paul   Mansdorf     paul@mansdorftrustee.com,   Paul.Mansdorf@txitrustee.com,
               ecf.alert+Mansdorf@titlexi.com
                                                                                         TOTAL: 3
```

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Martin Medina** | Social Security number or ITIN | **xxx–xx–9298** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of California** | Date case filed for chapter 7 | **2/16/16** |
| Case number: | **16–40400 RLE 7** | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at    www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Martin Medina | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 241 Shore Road<br>Pittsburg, CA 94565 | |
| 4. | **Debtor's attorney**<br>Name and address | Patrick L. Forte<br>Law Offices of Patrick L. Forte<br>1624 Franklin St. #911<br>Oakland, CA 94612 | Contact phone (510) 465–3328 |
| 5. | **Bankruptcy trustee**<br>Name and address | Paul Mansdorf<br>1563 Solano Ave. #703<br>Berkeley, CA 94707 | Contact phone (510) 526–5993<br>Email: paul@mansdorftrustee.com |
| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 1300 Clay Street #300 (94612)<br>Post Office Box 2070<br>Oakland, CA 94604–2070 | Hours open: 9:00 am to 4:30 pm, Monday – Friday<br><br>Contact phone: 510–879–3600<br><br>Date: 2/16/16 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| 7. **Meeting of creditors** | **March 30, 2016 at 09:00 AM** | Location: |
|---|---|---|
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Office of the U.S. Trustee, 1301 Clay St. Room 680N, Oakland, CA 94612** |

**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government–issued photo identification and proof of social security number to the trustee at the meeting of creditors

| 8. **Presumption of abuse** | The presumption of abuse does not arise. | |
|---|---|---|
| If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |

| 9. **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 5/31/16** |
|---|---|---|
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|
| Please do not file a proof of claim unless you receive a notice to do so. | |

| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|

| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**　　　　page **2**

Case: 16-40400　　Doc# 6　　Filed: 02/18/16　　Entered: 02/18/16 21:32:55　　Page 4 of 4